FRED H. DILLENBERG and RHODES & SCHOENFELD, INC., Respondents, v. CONRAD RHODES, JR., and ERNST SCHOENFELD, Appellants; CARSTEN H. LUDDER, as Assignee, etc., of CONRAD RHODES, JR., and ERNST SCHOENFELD, Defendant. (Action No. 1.) CONRAD RHODES, JR., and ERNST SCHOENFELD, Appellants; CARSTEN H. LUDDER, as Assignee, etc., of CONRAD RHODES, JR., and ERNST SCHOENFELD, Plaintiff, v. FRED H. DILLENBERG and RHODES & SCHOENFELD, INC., Defendants, and FRED H. DILLENBERG, Receiver of RHODES & SCHOENFELD, INC., Respondent. (Action No. 2.)— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for

stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.